**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Jorge Alberto SOTO–RAMIREZ,
Defendant–Appellant.**

**No. 14–10724
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 25, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

James Matthew Wright, Assistant Federal Public Defender, Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, William Ernest Hermesmeyer, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Jorge Alberto Soto–Ramirez, Post, TX, pro se.

Before REAVLEY, DENNIS and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jorge Alberto Soto–Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Soto–Ramirez has not filed a response and has been removed from the United States. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

